The People of the State of New York, Respondent,
against
Anthony Sylvester, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Phyllis Chu, J.), rendered June 27, 2017, convicting him, upon a plea of guilty, of criminal contempt in the second degree and imposing sentence.




Per Curiam.
Judgment of conviction (Phyllis Chu, J.), rendered June 27, 2017, affirmed. 
Our review of the record indicates that defendant's guilty plea was entered knowingly, intelligently and voluntarily with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). Contrary to defendant's present contention, nothing in the plea allocution record negated any element of the criminal contempt charge to which he pleaded or referred to any viable defense (see People v Roberson, 161 AD3d 544 [2018], lv denied 32 NY3d 940 [2018]), and the court was not required to make a sua sponte inquiry concerning statements defendant made on other occasions (see e.g. People v Fiallo, 6 AD3d 176, 177 [2004], lv denied 3 NY3d 640 [2004]; see also People v Velez, 138 AD3d 418 [2016], lv denied 27 NY3d 1140 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 25, 2019